UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| NORTH AMERICAN RUBBER THREAD COMPANY, INC. On behalf of itself and all others similary situated, | : : : : : | CIVIL ACTION NO. 3:05CV00519(SRU) |
| Plaintiff, | : : | |
| v. | : : | |
| BAYER AG; BAYER CORPORATION; BAYER POLYMERS, LLC; POLIMERI EUROPA S.R.L.; and POLIMERI EUROPA AMERCIAS, INC., | : : : : | NOVEMBER 9, 2007 |
| Defendants. | : : | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), North American Rubber

Threat Company, Inc. hereby dismisses the above-captioned action against all defendants,

without prejudice and without costs.  Defendants have not appeared, filed an answer, or

filed a motion for summary judgment in this action.

PLAINTIFF NORTH AMERICAN THREAD
COMPANY, INC.


By: *s/David R. Schaefer*
    David R. Schaefer (ct04334)
    BRENNER, SALTZMAN & WALLMAN LLP
    Its Attorneys
    271 Whitney Avenue
    New Haven, CT  06511
    Juris No. 06063
    Tel. (203) 772-2600
    Fax: (203) 562-2098
    Email:  dschaefer@bswlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2007, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

_s/David R. Schaefer_
David R. Schaefer (ct04334)

m:\docs\05223\001\a24150.doc